USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE JULIO PUMA, on behalf of himself and others similarly situated,

                    Plaintiff,

   -against-

GRIFONE LLC d/b/a RISTORANTE GRIFONE, and MARIO BELICH,

                    Defendants.
----------------------------------------------------------------X

Case No. 11-CV-6786
(PKC) (RLE)

The matter in the above-captioned action having been amicably resolved by and between plaintiff, Jose Julio Puma, and defendants Grifone LLC d/b/a Ristorante Grifone, and Mario Belich, upon negotiated terms, it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

**CILENTI & COOPER, PLLC**
Attorneys for Plaintiff

_____
Justin Cilenti, Esq.

Dated: February 27, 2012

**SAMUEL & STEIN**
Attorneys for Defendants

_____
David Stein, Esq.

Dated: February 27, 2012

SO ORDERED:

_____
USDJ

2/28/12